IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00566-MSK
Civil Action No. 12-cv-01821-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. BETH J. NEUGER,

      Defendant.

# FINAL JUDGMENT

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Marcia S. Krieger on November 19, 2013, the following Final Judgment is hereby entered.

It is ORDERED that Defendant's Petition to Vacate Under 28 U.S.C. § 2255 (#98) is DENIED.  It is further

ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this     20th     day of November, 2013.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                          By: s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk